```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

  IN RE:                                         CASE NO. 07 B 07032
     FLORISCILLA F ENRIQUEZ
                                                 CHAPTER 13

                                                 JUDGE: MANUEL BARBOSA

              Debtor
     SSN XXX-XX-8474


  -----------------------------------------------------------------------------
                          TRUSTEE'S FINAL REPORT AND ACCOUNT
  -----------------------------------------------------------------------------
        Glenn Stearns, Chapter 13 Standing Trustee, submits the following
  Final Report and Account of the administration of the estate pursuant to
  11 USC 1302(b)(1).

     1.  The case was filed on 04/18/07 and confirmed on 06/11/07.

     2.  The case was dismissed after confirmation, 04/24/2008.

     3.  The Debtor paid a total of $  21647.69 .

     4.  The Trustee made disbursements to creditors as follows:


  -----------------------------------------------------------------------------
  CREDITOR NAME              CLASS             CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                                PAID            PAID
  -----------------------------------------------------------------------------
  CHASE HOME FINANCE         CURRENT MORTG          .00             .00              .00
  CHASE HOME FINANCE         MORTGAGE ARRE      4776.47             .00          4776.47
  HSBC AUTO FINANCE          SECURED VEHIC     24884.00         2021.12          6054.81
  ASPIRE                     UNSECURED         NOT FILED           .00              .00
  CAPITAL ONE BANK           UNSECURED          1187.60             .00          1187.60
  CAPITAL ONE BANK           UNSECURED           454.75             .00           454.75
  CAPITAL ONE BANK           UNSECURED           289.47             .00           289.47
  CAPITAL ONE FINANCIAL      UNSECURED         NOT FILED            .00              .00
  SEARS BKRUPTCY RCVRY MGM   UNSECURED         NOT FILED            .00              .00
  B REAL LLC                 UNSECURED          1300.76             .00          1300.76
  COLUMBUS BANK & TRUST CA   UNSECURED         NOT FILED            .00              .00
  PREMIER BANKCARD/CHARTER   UNSECURED           340.65             .00           340.65
  PREMIER BANKCARD/CHARTER   UNSECURED           339.37             .00           339.37
  HSBC                       UNSECURED         NOT FILED            .00              .00
  AMERICAN COLLECTION        UNSECURED         NOT FILED            .00              .00
  HSBC AUTO FINANCE          UNSECURED           214.99             .00           214.99
              Summary of disbursements:
  -----------------------------------------------------------------------------
                      SECURED      PRIORITY     UNSECURED       OTHER           TOTAL

  TOTAL CLMS ALLOWED  29660.47          .00       4127.59          .00        33788.06
  PRINCIPAL PAID      10831.28          .00       4127.59          .00        14958.87
  INTEREST PAID        2021.12          .00           .00          .00         2021.12
  TOTAL PAID          12852.40          .00       4127.59          .00        16979.99
  The Debtor's attorney, NELLA E MARIANI           , was allowed $   3000.00
  and was paid $    3000.00 .

  The Trustee received $     884.47 .

  Refunds to the Debtor totaled $     783.23 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 07/16/08                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE